UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**BRUCE COMMITTE**  CASE NO. 1:19-CV-00122

**VERSUS**  JUDGE DRELL

**VICKIE GENTRY**  MAGISTRATE JUDGE PEREZ-MONTES

## ORDER

The application of Bruce Committe to proceed *in forma pauperis* having been considered, it is the opinion of this Court that petitioner:

☐ does not have sufficient funds to pay a filing fee. Accordingly, IT IS ORDERED that petitioner be allowed to proceed *in forma pauperis* in this action.

☒ has sufficient funds to pay the filing fee. Therefore, *in forma pauperis* status is DENIED. IT IS ORDERED that petitioner pay the $400.00 filing fee within 30 days from the date of this ordered. Failure to do so will result in the petition being stricken.

THUS DONE in Chambers on this __4th__ day of __February__, 2019.

Joseph H. L. Perez-Montes
United States Magistrate Judge