U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 13 2019

TONY R. MOORE, CLERK
BY: _____
       DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT
OF LOUISIANA

BRUCE COMMITTE,

        Plaintiff,

vs

Vickie Gentry

        defendant.

_____/

Civil Action

Case No/ 6:19 cv 0122

Judge D. Drell

Mag. Judge Perez-Montes

## PLAINTIFFS MOTION TO SUSPEND CASE FOR 30 DAYS

Plaintiff moves to suspend this case for 30 days while Plaintiff tends to his severe back pain. Plaintiff anticipates having back surgery from Dr. Utter in Shreveport. Plaintiff anticipates engaging in protocol that requires exeercise regiment first, then surgery, then a recover period. Plaintiff estimates this

will take 30 days.

## Cetificate of Service

I hereby ertify that I furnished a copy of the aove this day 5/9/19 to jpellegrin@neunerpate.com and bbloch@neunerpate.com.

Respectively submitted by

Bruce Committe, Pro Se
100 N. Melrose Ave Apt 604
Natchitoches, LA 71457
Plaintiff
Becommitte@hotmail.com
850 206 3756